UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZINK, RONALD W | § | Case No. 13-23898 BL |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/31/2014 in Courtroom ,
          Joliet City Hall
          150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/23/2014             By: /s/ Michael G. Berland
                                                               Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
ZINK, RONALD W § Case No. 13-23898 BL
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,000.00 |
| and approved disbursements of | $ | 646.89 |
| leaving a balance on hand of[1] | $ | 14,353.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Accountant for Trustee Fees: Gloria Longest | $ 500.00 | $ 500.00 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,250.00 |
| Remaining Balance | | $ | 12,103.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 53,963.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 30,764.40 | $ 0.00 | $ 6,899.97 |
| 000002 | Capital One Bank (USA), N.A. | $ 19,225.47 | $ 0.00 | $ 4,311.97 |
| 000003 | PNC BANK | $ 3,867.42 | $ 0.00 | $ 867.40 |
| 000004 | PNC BANK | $ 106.00 | $ 0.00 | $ 23.77 |

Total to be paid to timely general unsecured creditors        $     12,103.11

Remaining Balance                                             $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                            Case No. 13-23898-BWB
Ronald W Zink                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 2              Date Rcvd: Sep 24, 2014
                               Form ID: pdf006              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2014.
db             +Ronald W Zink,    4490 W. Grand Ridge Rd.,     Verona, IL 60479-8147
20587737       +American Express,    AMERICAN EXPRESS SPECIAL RESEARCH,    PO BOX 981540,
                 EL PASO, TX 79998-1540
20587738       +BANK OF AMERICA,    ATTN: BANKRUPTCY NC4-105-0314,    PO BOX 26012,    GREENSBORO, NC 27420-6012
20587741       +BP Business Solutions,    PO Box 923928,    Norcross, GA 30010-3928
20587739        Bank of America,    PO Box 15796,    Wilmington, DE 19886-5796
20587740        Bank of America, N.A.,    PO BOX 15025,    Wilmington, DE 19886-5025
20587745       +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
20587743       +Capital 1 Bank,    ATTN: BANKRUPTCY DEPT.,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
21248825        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC   28272-1083
20587744       +Cbeyond,    PO BOX 848432,    Dallas, TX 75284-8432
20587746       +Chase Mht Bk,    ATTENTION: BANKRUPTCY,    PO BOX 15298,    WILMINGTON, DE 19850-5298
20587747       +Exxon Mobil,    Credit Card Center,    PO Box 6404,    Sioux Falls, SD 57117-6404
20587748       +First National Bank Credit Card Center,    ATTENTION:   BANKRUPTCY DEPARTMENT,
                 1620 DODGE ST. STOP CODE: 3105,    OMAHA, NE 68197-0003
20587751       +Lewis Paper,    2300 Windsor Ct., Unit A,    Addison, IL 60101-1491
20587752        NRA/First Bankcard,    PO Box 2557,    Omaha, NE 68103-2557
21298452       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
20587754       +PNC BANK, N.A.,    1 FINANCIAL PKWY,    KALAMAZOO, MI 49009-8002
20587753        PNC Bank,    PO BOX 856177,    Louisville, KY 40285-6177
20587755        Presstek,    3727 Solutions Center,    Chicago, IL 60677-3007
20587757       +Super Fleet,    PO Box 1590,    Springfield, OH 45501-1590
20587759       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: WELLS FARGO HM MORTGAG,     8480 STAGECOACH CIR,
                 FREDERICK, MD 21701)
20587758        Wells Fargo,    Payment Remittance Center,    PO BOX 54349,    Los Angeles, CA 90054-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20587736        E-mail/Text: ally@ebn.phinsolutions.com Sep 25 2014 00:10:30     ALLY FINANCIAL,
                 PO Box 9001948,    Louisville, KY 40290-1948
20587742       +E-mail/Text: ebn@squaretwofinancial.com Sep 25 2014 00:12:21     Cach Llc/Square Two Financial,
                 ATTENTION: BANKRUPTCY,    4340 SOUTH MONACO ST. 2ND FLOOR,    DENVER, CO 80237-3485
20587750       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 25 2014 00:10:44     KOHLS/CAPONE,
                 PO BOX 3115,    MILWAUKEE, WI 53201-3115
20587756        E-mail/Text: appebnmailbox@sprint.com Sep 25 2014 00:11:25     Sprint,    PO BOX 8077,
                 London, KY 40742-8077
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20587749     ##+Freedman Anselmo Lindberg,    1807 W. Diehl Rd., Ste.333,    Naperville, IL 60563-1890
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1           User: gbeemster           Page 2 of 2           Date Rcvd: Sep 24, 2014
                               Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2014 at the address(es) listed below:

        David  Brown, ESQ    on behalf of Debtor Ronald W Zink dbrown@springerbrown.com, jkrafcisin@springerbrown.com
        Denise A Delaurent     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
        Linda G Bal     on behalf of Debtor Ronald W Zink lindabal@att.net,  bru.john@att.net
        Michael G Berland     on behalf of Trustee Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Michael G Berland     einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                 TOTAL: 6