# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
ZINK, RONALD W § Case No. 13-23898
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on                . The case was pending for     months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | ALLY FINANCIAL PO Box 9001948 Louisville, KY 40290-1948 |  |  |  |  |  |
|  | ALLY FINANCIAL PO Box 9001948 Louisville, KY 40290-1948 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALLY FINANCIAL PO Box 9001948 Louisville, KY 40290-1948 | | | | | |
| | ALLY FINANCIAL PO Box 9001948 Louisville, KY 40290-1948 | | | | | |
| | WELLS FARGO HM MORTGAG 8480 STAGECOACH CIR FREDERICK, MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND, TRUSTEE | | | | | |
| CONGRESSIONAL BANK | | | | | |
| LONGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express AMERICAN EXPRESS SPECIAL RESEARCH PO BOX 981540 EL PASO, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA ATTN: BANKRUPTCY NC4-105-0314 PO BOX 26012 GREENSBORO, NC 27410 | | | | | |
| | BP Business Solutions PO Box 923928 Norcross, GA 30010 | | | | | |
| | Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | | | | |
| | Bank of America, N.A. PO BOX 15025 Wilmington, DE 19886-5025 | | | | | |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | Cach Llc/Square Two Financial ATTENTION: BANKRUPTCY 4340 SOUTH MONACO ST. 2ND FLOOR DENVER, CO 80237 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank ATTN: BANKRUPTCY DEPT. PO BOX 30285 SALT LAKE CITY, UT 84130 | | | | | |
| | Cbeyond PO BOX 848432 Dallas, TX 75284 | | | | | |
| | Chase Mht Bk ATTENTION: BANKRUPTCY PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | Exxon Mobil Credit Card Center PO Box 6404 Sioux Falls, SD 57117-6004 | | | | | |
| | First National Bank Credit Card Center ATTENTION: BANKRUPTCY DEPARTMENT 1620 DODGE ST. STOP CODE: 3105 OMAHA, NE 68197 | | | | | |
| | Freedman Anselmo Lindberg 1807 W. Diehl Rd., Ste.333 Naperville, IL 60566-7228 | | | | | |
| | KOHLS/CAPONE PO BOX 3115 MILWAUKEE, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lewis Paper 2300 Windsor Ct., Unit A Addison, IL 60101 |  |  |  |  |  |
|  | NRA/First Bankcard PO BOX 2557 Omaha, NE 68103-2557 |  |  |  |  |  |
|  | PNC BANK, N.A. 1 FINANCIAL PKWY KALAMAZOO, MI 49009 |  |  |  |  |  |
|  | PNC Bank PO BOX 856177 Louisville, KY 40285-6177 |  |  |  |  |  |
|  | PNC Bank PO BOX 856177 Louisville, KY 40285-6177 |  |  |  |  |  |
|  | PNC Bank PO BOX 856177 Louisville, KY 40285-6177 |  |  |  |  |  |
|  | Presstek 3727 Solutions Center Chicago, IL 60677-3007 |  |  |  |  |  |
|  | Sprint PO BOX 8077 London, KY 40742-8077 |  |  |  |  |  |
|  | Super Fleet PO Box 1590 Springfield, OH 45501 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Payment Remittance Center PO BOX 54349 Los Angeles, CA 90054-0349 | | | | | |
| 000003 | PNC BANK | | | | | |
| 000004 | PNC BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-23898 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ZINK, RONALD W | Date Filed (f) or Converted (c): | 06/10/13 (f) |
| | | 341(a) Meeting Date: | 07/03/13 |
| For Period Ending: | 12/08/14 | Claims Bar Date: | 01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 110 Falls Point, Lake Ozark, Missouiri | 112,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 25.00 | 0.00 | | 0.00 | FA |
| 3. Checking PNC | 171.21 | 0.00 | | 0.00 | FA |
| 4. Checking PNC Bank | 114.84 | 0.00 | | 0.00 | FA |
| 5. Checkinh Mazon Bank | 13.29 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 485.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 8. Jewlery | 150.00 | 0.00 | | 0.00 | FA |
| 9. Digital Camera | 25.00 | 0.00 | | 0.00 | FA |
| 10. Roth IRA Ending in 120087498 | 87,498.00 | 0.00 | | 0.00 | FA |
| 11. IRA ending 0530 | 166,982.00 | 0.00 | | 0.00 | FA |
| 12. Diirect To Door Inc | 0.00 | 0.00 | | 0.00 | FA |
| 13. Harley Davidson Ultra Classic | 3,125.00 | 0.00 | | 0.00 | FA |
| 14. 1 trailer | 200.00 | 0.00 | | 0.00 | FA |
| 15. 1999 GM Box truck | 400.00 | 0.00 | | 0.00 | FA |
| 16. 2002 GM 3500 | 400.00 | 15,000.00 | | 15,000.00 | FA |
| The $15.,000 was recieved per the court Order for the trustee's interest in vehicles shown as assets 14-30. There was no breakdown and included the Trustee's interest, if any, in severally fully liened vehicles | | | | | |
| 17. 2003 GM 3500 | 400.00 | 0.00 | | 0.00 | FA |
| 18. 2004 GM 3500 | 400.00 | 0.00 | | 0.00 | FA |
| 19. 2005 GM 3500 | 400.00 | 0.00 | | 0.00 | FA |
| 20. 2004 GM 3500 | 400.00 | 0.00 | | 0.00 | FA |
| 21. 2005 GM 3500 | 1,700.00 | 0.00 | | 0.00 | FA |
| 22. 2005 Dodge 2500 | 4,125.00 | 0.00 | | 0.00 | FA |
| 23. 2005 Dodge 2500 | 2,413.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.03a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-23898 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | ZINK, RONALD W | | | Date Filed (f) or Converted (c): | 06/10/13 (f) |
| | | | | 341(a) Meeting Date: | 07/03/13 |
| | | | | Claims Bar Date: | 01/27/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24. 2005 Dodge 3500 | 2,825.00 | 0.00 | | 0.00 | FA |
| 25. 2005 Dodge 3500 | 2,925.00 | 0.00 | | 0.00 | FA |
| 26. 2006 GM 2500 | 1,591.00 | 0.00 | | 0.00 | FA |
| 27. 2008 GM 3500 | 3,371.00 | 0.00 | | 0.00 | FA |
| 28. 2008 GM 3500 | 3,420.00 | 0.00 | | 0.00 | FA |
| 29. 2009 GM HHR | 3,974.00 | 0.00 | | 0.00 | FA |
| 30. 2010 HHR | 10,450.00 | 0.00 | | 0.00 | FA |
| 31. OFFICE EQUIPMENT | 150.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $410,183.34         $15,000.00         $15,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel to ivevstigate the possible fiing of an adversary complaint. Special cousnel

detrmined the Statute of Limitations had passed.The Trustee recieved $15,000 gross for his interest in many vehicles,

many of which only had small equity. The Trustee employed an acuntant to prepare tax returns, which were filed.

Initial Projected Date of Final Report (TFR): 12/31/17      Current Projected Date of Final Report (TFR): 12/31/17

LFORM1                                                                                                                           Ver: 18.03a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-23898 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ZINK, RONALD W | Bank Name: | Bank of Kansas City |
| | | Account Number / CD #: | *******0070  Checking Account |
| Taxpayer ID No: | *******1180 | | |
| For Period Ending: | 12/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/20/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,337.87 | | 14,337.87 |
| 11/03/14 | 005001 | Michael G. Berland, trustee | Trustee Compensation | 2100-000 | | 2,250.00 | 12,087.87 |
| 11/03/14 | 005002 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 22.40018% | 7100-900 | | 6,891.28 | 5,196.59 |
| 11/03/14 | 005003 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 22.40018% | 7100-900 | | 4,306.54 | 890.05 |
| 11/03/14 | 005004 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000003, Payment 22.40020% | 7100-000 | | 866.31 | 23.74 |
| 11/03/14 | 005005 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000004, Payment 22.39623% | 7100-000 | | 23.74 | 0.00 |

|  | COLUMN TOTALS | 14,337.87 | 14,337.87 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 14,337.87 | 0.00 | |
|  | Subtotal | 0.00 | 14,337.87 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 14,337.87 | |

Page Subtotals      14,337.87      14,337.87

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23898 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | ZINK, RONALD W | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0218  Checking Account |
| Taxpayer ID No: | *******1180 | | |
| For Period Ending: | 12/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/13 | 16 | PNC Bank | Payment numerous automobiles | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 14,990.00 |
| 12/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 15.40 | 14,974.60 |
| 01/08/14 | | Congressiooonal Bank | BANK SERVICE FEE | 2600-000 | | 15.90 | 14,958.70 |
| 02/06/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 15.88 | 14,942.82 |
| 02/19/14 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 14,442.82 |
| 03/05/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.26 | 14,428.56 |
| 04/07/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 15.32 | 14,413.24 |
| 05/08/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.81 | 14,398.43 |
| 06/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 15.29 | 14,383.14 |
| 07/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 14.78 | 14,368.36 |
| * 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 14,358.36 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 15.25 | 14,343.11 |
| 09/04/14 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 15.24 | 14,327.87 |
| * 09/11/14 | | Reverses Adjustment OUT on 08/05/14 ENTERED FOR WRONG AMOUNT | BANK SERVICE FEE | 2600-003 | | -10.00 | 14,337.87 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 14.73 | 14,323.14 |
| * 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -14.73 | 14,337.87 |
| 10/20/14 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 14,337.87 | 0.00 |

Page Subtotals      15,000.00      15,000.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-23898 -BL |
| Case Name: | ZINK, RONALD W |
| Taxpayer ID No: | *******1180 |
| For Period Ending: | 12/08/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0218  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 15,000.00 | 15,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 14,337.87 | |
| | | | Subtotal | | 15,000.00 | 662.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,000.00 | 662.13 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - ********0070 | | 0.00 | 14,337.87 | 0.00 |
| | | | Checking Account - ********0218 | | 15,000.00 | 662.13 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 15,000.00 | 15,000.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*